## Commonwealth *v.* Jones, Appellant.

Argued September 12, 1966. *Sanford Kahn,* Assistant Defender, with him *Victor S. Jaczun* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Paul A. Dandridge,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kizer, Appellant.

Submitted September 12, 1966. *Donald Kizer,* appellant, in propria persona; *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.